# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**                      CHAPTER 13
                                                  CASE NO. 02-58974-TJT

RICHARD DAVIS, Debtor(s).            JUDGE THOMAS J. TUCKER

_____/

## ORDER AUTHORIZING TRUSTEE TO DISTRIBUTE FUNDS IN THE AMOUNT OF $14,790.55 TO THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT MICHIGAN AS UNCLAIMED FUNDS

       This matter having come to be heard upon the Trustee's Motion for Authorization to Disburse Funds in the amount of **$14,790.55 to the** Bankruptcy Court for the Eastern District of Michigan; the facts showing that cause was shown for the reasons stated on the record and exhibits attached, and the Court being otherwise sufficiently advised in the premises:

       **IT IS HEREBY ORDERED** that the Trustee is hereby authorized to disburse **$14,790.55 to the** Bankruptcy Court for the Eastern District of Michigan in the above referenced case.

**Signed on September 22, 2009**

      /s/ Thomas J. Tucker
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**