UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
RICHARD DAVIS

CHAPTER 13
Case No. 02-58974-TJT
Judge THOMAS J. TUCKER

**CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S**
**FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT**

I hereby certify that on December 22, 2009, I electronically filed the Chapter 13 Standing Trustee's Final Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

Pro Se
, MI  00000

I also hereby certify that on 12/22/2009, I served the following parties a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

RICHARD DAVIS
5995 CADIEUX
DETROIT, MI  48224

I further hereby certify that on 12/22/2009, I served the attached list with a Summary of Final Report via First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount of postage affixed thereto:

LATOYA HENDERSON
For Tammy L. Terry Trustee
Office of the Chapter 13 Standing Trustee-Detroit
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226
(313)967-9857
mieb_ecfadmin@det13.net

RICHARD DAVIS
5995 CADIEUX
DETROIT, MI  48224

9987 GRATIOT AVENUE|DETROIT, MI 48213
DETROIT, MI 48213

ABN AMRO MORTGAGE GROUP, INC.
14000 CITICARDS WAY
JACKSONVILLE, FL 32258-6456

ABN AMRO MORTGAGE GROUP, INC.
C/O MARCY J. FORD, ESQ.
30400 TELEGRAPH ROAD
SUITE 200
BINGHAM FARMS, MI 48025

AMANDA WINBORN
9961 WESTWOOD
DETROIT, MI 48228

AURORA LOAN SERVICE
601 5TH AVE
% BANKRUPTCY DEPT
SCOTTSBLUFF, NE 69361

AURORA LOAN SERVICE, INC.
C/O MICHELLE D. VINER
P.O. BOX 1469
SCOTTSBLUFF, NE 69363-1469

AURORA LOAN SERVICES
601 FIFTH AVE.
SCOTTSBLUFF, NE 69361
ATTN: MICHELLE D. VINER OPER.,  0000

BANK OF NEW YORK
% TROTT & TROTT
30400 TELEGRAPH RD #200
BINGHAM FARMS, MI 48025

BANK OF NEW YORK
C/O MARCY J. FORD, ESQ.
30400 TELEGRAPH ROAD
SUITE 200
BINGHAM FARMS, MI 48025

CHARTER ONE BANK, NA
C/O MARCY J. FORD, ESQ.
30400 TELEGRAPH ROAD
SUITE 200
BINGHAM FARMS, MI 48025

CHRISTINE E KISH
5776 WARWICK ST
DETROIT, MI 48228

CITIMORTGAGE INC
P O BOX 790022
ST LOUIS, MO 63179

CITIMORTGAGE, INC.
P.O. BOX 79007
ST. LOUIS, MO 63179-0007

CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

COUNTRYWIDE HOME LOANS, INC.
C/O MARCY K. FORD, ESQ.
30400 TELEGRAPH ROAD
SUITE 200
BINGHAM FARMS, MI 48025

EARLY COOPER
20419 BIRWOOD
DETROIT, MI 48221

EAST VALLEY CAPITAL PARTNERSHIP
C/O FREEDMAN & TAITELMAN, 11P
6420 WILSHIRE BLVD, SUITE 200
LOS ANGELES, CA 90048

EDITH ROBERTSON
10009 MEMORIAL
DETROIT, MI 48227

FAIRBANKS CAPITAL CORP.
BANKRUPTCY DEPARTMENT
P.O. BOX 79157
PHOENIX, AZ 85062-9157

FAIRBANKS CAPITAL CORP.
REMITTANCE PROCESSING
P.O. BOX 410453
SALT LAKE CITY, UT 84141-0453

FAIRBANKS CAPITAL CORP.
C/O RICHARD A. ANGELO, JR., ESQ.
401 SOUTH OLD WOODWARD AVENUE
SUITE 300
BIRMINGHAM, MI 48009-6616

GENE LOVE
13689 ALLONBY ST
DETROIT, MI 48227

JADA C HICKMON
16421 E STATE FAIR
DETROIT, MI 48205

JAMES RHODES
1935 ANNABELLE
DETROIT, MI 48217

LOAN CORRESPONDENTS INC
C/O ROBERT E. WEISS
920 VILLIAGE OAKS DRIVE
COVINA, CA 91724

MANUFACTURRES & TRADERS
%TROTT & TROTT
30400 TELEGRAPH RD
BINGHAM FARMS, MI 48025

MARGEART MARTIN
24675 LUISA DR APT 228
HARRISON TOWNSHIP, MI 48045

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
C/O MARCY J. FORD, ESQ.
30400 TELEGRAPH ROAD, SUITE 200
BINGHAM FARMS, MI 48025

MUNCEL MCCLURE
11124 WOORDEN ST
DETROIT, MI 48224

NICHOLE STALLING
20148 BINDER
DETROIT, MI 48235

O JOHNSON
4060 GLASTONE
DETROIT, MI 48204

OPTION ONE MORTGAGE CORP.
P.O. BOX 57038
IRVINE, CA 92618

PATRICIA HOLLOWELL
18294 FENTON
DETROIT, MI 48219

PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067
NORFOLK, VA 23541-1067

RICHARD DAVIS
5995 CADIEUX
DETROIT, MI 48224

ROBERT POSEY
15314 FAIRCREST
DETROIT, MI 48205

RYAN WILLINGHAM
43656 VINNTAGE OAKS DRIVE
STERLING HEIGHTS, MI 48314

SHERMAN ACQUISITION LP
C/O RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE, SC 29603-0587

TAMMY L. TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

TANEEKA GARY
1714 HAMBURG
DETROIT, MI 48205

U S BANK NATIONAL ASSOCIATION
% TROTT & TROTT PC
30400 TELEGRAPH RD #200
BINGHAM FARMS, MI 48025

U.S. BANK NATIONAL ASSOCIATION
C/O MARCY J. FORD, ESQ.
30400 TELEGRAPH ROAD
SUITE 200
BINGHAM FARMS, MI 48025

U.S. TRUSTEE
211 W. FORT ST.
SUITE 700
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
211 WEST FORT STREET
DETROIT, MI 48204

UNKNOWN
PO BOX 10291
BEVERLY HILLS, CA 90213

UNKNOWN
11301 W OUTER DR
DETROIT, MI 48223

WAYNE COUNTY TREAS/R WOJTOWICZ
400 MONROE 5TH FLOOR
DETROIT, MI 48226

WAYNE COUNTY TREASURER
400 MONROE ST.
SUITE 520
DETROIT, MI 48226

WELLS FARGO BANK MINNESOTA, NA
C/O MARCY J. FORD, ESQ.
30400 TELEGRAPH ROAD
SUITE 200
BINGHAM FARMS, MI 48025

WELLS FARGO HOME MORTGAGE INC
% TROTT & TROTT
30400 TELEGRAPH RD STE 200
BINGHAM FARMS, MI 48025

WILLIAM S. LEWIS (DISBARRED)
9987 GRATIOT AVENUE
DETROIT, MI 48213


WILLIAM S. LEWIS (SUSPENDED)
9987 GRATIOT AVENUE
DETROIT, MI 48213


WILLIE & SHALONDA MCCARTER
19178 CLIFF STREET
DETROIT, MI 48234